**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00457-CR**

————————————

**IN RE THOMAS WAYNE FLORENCE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Thomas Wayne Florence, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus challenging a May 31, 2023 trial court order denying relator's motion for post-conviction DNA testing, asserting that the trial court lacked "authority or power to rule on [his] motion, which order is void."[1]

---

[1] The underlying case is *The State of Texas v. Thomas Wayne Florence*, Cause No. 10-CR-1217, in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

Our review of relator's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).